IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| BOTANIC TONICS, LLC,<br><br>       *Plaintiff*,<br>v.<br><br>THE BLISS BOMB,<br><br>       *Defendant.* | Case No.: _____<br><br>**JURY TRIAL DEMAND** |

## COMPLAINT

Plaintiff Botanic Tonics, LLC (hereinafter "Plaintiff" or "Botanic Tonics"), by and through counsel, files this Complaint against defendant, The Bliss Bomb ("Bliss Bomb"). Bliss Bomb's agents and principals utilized sales and customer information, which they gleaned from their close interaction with Botanic Tonics, to gain an unfair competitive advantage and infringe on, and copy, Botanic Tonics's trademarks and goodwill. In this action, Botanic Tonics seeks to recover monetary damages and permanent injunctive relief for trademark infringement, and federal and state unfair competition.

## PARTIES

1. Plaintiff, Botanic Tonics is a Delaware limited liability company having a principal place of business at 740 Kingman Avenue, Santa Monica, California 90402.

2. Defendant, Bliss Bomb, is a company that, on information and belief, has a principal place of business at 7910 4th Street N. Suite 300, St. Petersburg, Florida 33702.

## JURISDICTION AND VENUE

3. This is an action against Bliss Bomb for trademark infringement, and federal and

1

state unfair competition.

4. This Court has subject matter jurisdiction over this action pursuant to section 39 of the Lanham Act, 15 U.S.C. 1121(a), and under 28 U.S.C. §§ 1331, 1332, 1338. Subject matter jurisdiction over Botanic Tonic's related state law claims is proper pursuant to 28 U.S.C. 1338 and 1367.

5. This Court has personal jurisdiction over Bliss Bomb because, on information and belief, *inter alia*, (a) Bliss Bomb is a company organized and existing under the laws of the state of Florida; (b) Bliss Bomb's principal place of business is located within the state of Florida; (c) Bliss Bomb, routinely, systematically, and continuously conducts business in the state of Florida; (d) Bliss Bomb, has marketed, distributed, offered for sale, and/or sold the infringing products within the state of Florida; and (e) Bliss Bomb has otherwise made or established contacts within the State of Florida sufficient to permit the exercise of personal jurisdiction such that Bliss Bomb's due process rights are not offended by this Court's exercising of personal jurisdiction over Defendant.

6. The District Court for the Middle District of Florida is the proper venue for this matter pursuant to 28 U.S.C. § 1391(b) because Defendant is subject to the Court's personal jurisdiction, resides in the district, and a substantial part of the events at issue in this action occurred in this District.

**STANDING**

7. Botanic Tonics has standing to file this action because it is the owner of the federal trademark registration infringed by Defendant.

## STATEMENT OF FACTS

**A.    Botanic Tonics's FEEL FREE and BOTANIC TONIC PLANT SOLUTIONS Marks**

8.     Botanic Tonics's manufactures, sells, and distributes wellness tonics and capsules under its FEEL FREE and BOTANIC TONIC PLANT SOLUTIONS marks. These tonics and capsules contained a proprietary formula of kratom leaf and kava root extract, which are derived from natural plants found in the South Pacific and Southeast Asia. Feel Free products are marketed as safe alternatives to alcohol, energy drinks, and synthetic focus enhancers.

9.     Botanic Tonics owns several federal trademark registrations for the FEEL FREE and BOTANIC TONIC PLANT SOLUTIONS marks covering its kratom and kava products, including the following:

| Serial Number | U.S. Registration Number | Work Mark | Registration Date |
|---|---|---|---|
| 97771937 | 1722738 | BOTANIC TONICS PLANT SOLUTIONS | |
| 97292964 | 7018378 | BOTANIC TONICS PLANT SOLUTIONS | April 4, 2023 |
| 97292962 | 7018376 | FEEL FREE | April 4, 2023 |
| 90235645 | 6424169 | BOTANIC TONICS PLANT SOLUTIONS | July 20, 2021 |
| 90235719 | 6396112 | FEEL FREE | June 22, 2021 |

True and correct copies of the proof of trademark registrations from the United States Patent and Trademark Office and/or filing dates for each of these marks are attached collectively as **Exhibit A**.

10.    Botanic Tonic's use of the FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS marks in commerce and the federal registration of the aforementioned marks predate Bliss Bomb's commercial use of the BLISS BOMB and PLANT BASED BOTANICAL TONIC

marks.

11. The FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS marks are valid, enforceable, and legally protectable.

12. Botanic Tonics has invested significant time, resources, and financial investment into building the FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS brand and establishing consumer goodwill in the FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS marks associated with its kava and kratom products.

13. Consumers associate the stylized appearance of the FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS marks with Botanic Tonics, and would consider kava and/or kratom products using those marks, or those that are confusingly similar, to originate from Botanic Tonics.

14. Botanic Tonics's FEEL FREE products contain labels that display the FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS marks including a symbol containing three leaves standing upwards and at similar angles, with block lettering surrounding the leaves. A non-limiting set of examples are as follows:



15.     In addition to wellness tonics, Botanic Tonics also sells Feel Free capsules containing a proprietary formula of kratom leaf and kava root extract. Feel Free capsules are described on Botanic Tonics's website as "[o]ur feel good wellness capsule is made with kava kava and other ancient plants known to help with relaxation, productivity, focus, and so much more!" A non-limiting set of examples containing images of Feel Free capsules and marketing are as follows:





16.     The FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS products and brand, such as those shown above, are marketed to consumers looking for, among other things, natural alternatives to alcohol, energy drinks, or other synthetic mood enhancers. These products are marketed as providing consumers with a wellness drink made from natural products, which have been known to help with relaxation, productivity, focus, and more.

17. Botanic Tonics sells its products through its website (https://botanictonics.com/) and through a network of stores and distributors nationwide.

18. As a result of Botanic Tonics's extensive use and promotion of the FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS marks, Botanic Tonics has built up, and now owns, extremely valuable goodwill that is symbolized by the FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS marks.

**B.     Bliss Bomb's Unlawful Activities**

19. On information and belief, Bliss Bomb is a company that manufactures and distributes kava and kratom based tonics and kava capsules directly to consumers via its website at www.blissbomb.com, or through affiliated entities, including Wild Distribution, LLC, Bliss Botanicals, LLC, or through third-party websites such as https://frontrangekratom.com/product/bliss-bomb-black-tonics/, among others. Bliss Bomb markets, manufactures, and/or distributes its kava and kratom products under the brand "BLISS BOMB," utilizing words and symbols that are confusingly similar to Botanic Tonics's marks along with repeated use of the term "Botanical Tonic" in an effort to trade off the goodwill and trademarks of Botanic Tonics.

20. Bliss Bomb products contain a label that includes a symbol with three leaves in the same shape and angle as Botanic Tonics's label and the FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS marks. Examples of Bliss Bomb's tonics containing the infringing words and symbol taken from its product webpage (https://www.theblissbomb.com/) are reproduced below:



21. Similar to Botanic Tonics, Bliss Bomb also sells capsules containing kava and "other ancient plants." Examples of Bliss Bomb's capsules containing the infringing words and symbol taken from its product webpage (https://www.theblissbomb.com/) are reproduced below:

8





22. On information and belief, on or about, August 3, 2021, Charles Haas, then a partner at Highlight Distribution, LLC, began working as a third-party distributor of Feel Free tonics. After working with, and on behalf of Botanic Tonics, and developing a relationship with the Botanic Tonics team, Haas gained insight into Botanic Tonics's business and gained access to internal Botanic Tonics sales data. Seeing the success and potential of Botanic Tonics, Haas subsequently

founded Bliss Bomb in an imitation of the Feel Free and Botanic Tonics product, logo, and brand.

23. Bliss Bomb's products bearing a mark that includes the phrase "Plant Based Botanical Tonic" are marketed and sold for the same uses as Botanic Tonics's FEEL FREE products, and thereby marketed in the same channels of trade and to the same consumers as Botanic Tonic's trademarked products.

24. The combination of elements, including the sight, sound, and visual impression created by Bliss Bomb's imitative and similar design is likely to cause consumer confusion:



| BOTANIC TONICS logo and design | Bliss Bomb's logo and design bearing similar features, design, and elements likely to cause consumer confusion |

25. Bliss Bomb's tonics—like Botanic Tonic's—are made from kava and kratom, and both market an alcoholic alternative aimed at providing consumers with relaxation and enhanced productivity. Bliss Bomb's capsules – like Botanic Tonic's- are made with kava and "other ancient plants," and both market an alcoholic alternative aimed at providing consumers with relaxation and enhanced productivity.

10

26. Additionally, "BLISS BOMB" and "FEEL FREE" share common traits. In both instances, the first and second words for each mark begin with the same respective letter. Further, the general connotation and meaning of each mark, as applied to their respective products, are the same. For example, the Bliss Bomb website contains phrases such as, "*true bliss* starts from the inside out," "Choose between sweet and smooth Blueberry Watermelon or refreshing Pineapple – or better yet, try them both – and *get a moment of bliss today*!", and "As you sip our tonic, our kava root blend elevates you to a sheer *bliss state*, lifting your spirit and vitality to a level unlike any other." *See* **Exhibit B** (emphasis added). Further, in marketing the Bliss Bomb Black Mango tonic, Bliss Bomb tells consumers, "We designed this product with one goal in mind. For you to *feel limitless*." *See* **Exhibit C**. Bliss Bomb's intended meaning of the term "bliss" and its reference of "feel[ing] limitless" are direct imitations of Feel Free tonics and the Feel Free brand.

27. Bliss Bomb uses phrases and designs in a deceptive manner to evoke the brand of Botanic Tonics, while only slightly altering the same terms and designs used by Botanic Tonics.

28. Based on the foregoing, Bliss Bomb's BLISS BOMB and PLANT BASED BOTANICAL TONIC marks are similar in sight, sound, and appearance to Botanic Tonics's FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS marks.

29. The similarity in sight, sound, and appearance between Botanic Tonic's marks marketed in the same channels of commerce to the same consumers as the symbols and marks used on Bliss Bomb's products causes consumer confusion.

30. Bliss Bomb is attempting to trade on the goodwill established by Botanic Tonics in its FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS marks and Bliss Bomb's continued use of the BLISS BOMB and PLANT BASED BOTANICAL TONIC marks in association with kava and kratom tonics and kava capsules is likely to cause consumer confusion.

31. Bliss Bomb also distributes, either directly or indirectly, kava and kratom tonics and kava capsules bearing the BLISS BOMB and PLANT BASED BOTANICAL TONIC mark through many other third-party distributors and retailers. As shown in Exhibit D, Bliss Bomb's website includes a "Wholesale" link that, when clicked, directs consumers to purchase products for the purpose of reselling in retail stores. *See* **Exhibit D**.

32. On information and belief, Bliss Bomb had knowledge of, and was familiar with, the FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS marks when it began marketing, promoting, offering for sale and selling wellness tonics and capsules bearing BLISS BOMB and PLANT BASED BOTANICAL TONIC due to Charles Haas' close working relationship with Botanic Tonics as a third-party distributor.

33. On information and belief, Bliss Bomb intentionally adopted, and used, a confusing similar imitation of Botanic Tonics's FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS marks knowing that BLISS BOMB and PLANT BASED BOTANICAL TONIC would mislead and deceive consumers into believing Bliss Bomb's wellness tonics and capsules were produced, authorized, or licensed by Botanical Tonics, or that the Bliss Bomb products originated from Botanic Tonics.

34. Botanic Tonics neither licensed, authorized, sponsored, endorsed, or approved of Bliss Bomb in any way.

35. Botanic Tonics used the FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS marks on kava and kratom wellness tonics well before Bliss Bomb began using BLISS BOMB and PLANT BASED BOTANICAL TONIC on kava and kratom tonic or marketing, promoting, distributing, offering for sale, or selling BLISS BOMB or PLANT BASED BOTANICAL TONIC products.

36. The likelihood of confusion, mistake, and deception engendered by Bliss Bomb's infringement of FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS marks is causing irreparable harm to the goodwill symbolized by the FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS marks and their reputation to consumers.

37. Bliss Bomb's continued marketing, promotion, offer for sale, sale and distribution of kava and kratom tonics and kava capsules bearing the BLISS BOMB and PLANT BASED BOTANICAL TONIC marks are likely to cause confusion before, during, and after the time of purchase because purchasers, prospective purchasers, and others viewing BLISS BOMB and PLANT BASED BOTANICAL TONIC products at the point of sale are likely – due to Bliss Bomb's use of a confusingly similar imitation of Botanic Tonics's FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS marks - to mistakenly attribute the Bliss Bomb wellness products to Botanic Tonics. Particularly, confusion is likely for consumers who search for Botanic Tonics's products online or purchase Botanic Tonics's products at brick-and-mortar third-party retail locations, such as gas stations or liquor stores, and will see Feel Free products and Bliss Bomb products side-by-side. By causing a likelihood of confusion, mistake, and deception, Bliss Bomb is inflicting irreparable harm on the goodwill symbolized by Botanic Tonics FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS marks and the reputation for quality they embody.

38. On information and belief, Bliss Bomb knowingly, willfully, intentionally, and maliciously adopted and used a confusingly similar imitation of Botanic Tonics's FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS marks on its kava and kratom products.

## COUNT I
## FEDERAL TRADEMARK INFRINGEMENT
## (15 U.S.C. §1114)

39. Botanic Tonics re-alleges and incorporates by reference paragraphs 1 through 38 as

if fully set forth herein.

40. Bliss Bomb's use of a confusingly similar imitation of Botanic Tonics's FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS marks in confusingly similar way on competing kava and kratom wellness tonics and capsules is likely to cause confusion, deception, and mistake by creating the false and misleading impression that Bliss Bomb's products are manufactured or distribution by Botanic Tonics, associated or connected with Botanic Tonics, or have sponsorship, endorsement, or approval of Botanic Tonics.

41. In connection with Bliss Bomb's kava and kratom tonics and kava capsules, it has used a reproduction, counterfeit, copy, or colorable imitation of Botanic Tonics's registered trademarks without Botanic Tonics's consent.

42. Bliss Bomb's use of BLISS BOMB and PLANT BASED BOTANICAL TONIC in connection with kava and kratom tonics and kava capsules is confusingly similar to Botanic Tonics's federally registered FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS marks in violation of 15 U.S.C. §1114. Bliss Bomb's activities are causing and, unless enjoined by this Court, will continue to cause a likelihood of confusion and deception of members of the trade and public, and, additionally, injury to Botanic Tonics's goodwill and reputation as symbolized by Botanic Tonics's FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS marks.

43. Bliss Bomb's actions demonstrate an intentional, willful, and malicious intent to trade on the goodwill associated with Botanic Tonics's FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS marks to Botanic Tonics's great and irreparable harm.

44. By virtue of Bliss Bomb's conduct, including the sale, production, formulation, distribution, manufacture, advertisement, or promotion of products bearing BLISS BOMB and PLANT BASED BOTANICAL TONIC, Bliss Bomb has willfully violated Section 32 of the

Lanham Act, 15 U.S.C. §1114, and Botanic Tonics has suffered and will continue to suffer irreparable damage to its business, reputation, and goodwill and has lost sales and profits it would have made but for Bliss Bomb's willful infringement.

45. Bliss Bomb caused and is likely to continue to cause substantial injury to the public and to Botanic Tonics, and Botanic Tonics is entitled to injunctive relief and to recover Bliss Bomb's profits, actual damages, enhanced profits and damages, costs, and reasonable attorneys' fees under 15 U.S.C. §§ 1114, 1116, and 1117.

## COUNT II
## FLORIDA COMMON LAW TRADEMARK INFRINGEMENT

46. Botanic Tonics re-alleges and incorporates by reference paragraphs 1 through 45 as if fully set forth herein.

47. Botanic Tonics owns valid trademarks and/or rights to valid trademarks entitled to protection under Florida common law.

48. Bliss Bomb's use of BLISS BOMB and PLANT BASED BOTANICAL TONIC constitutes an intentional and unauthorized competitive use of Botanic Tonic's trademarks in commerce, and is likely to cause confusion or mistake among consumers or to deceive consumers as to the source and origin of Bliss Bomb's goods and services.

49. Bliss Bomb's conduct constitutes trademark infringement under Florida common law, and Botanic Tonic has been and continues to be injured by this infringement.

50. Botanic Tonics seeks damages against Bliss Bomb, including interest, injunctive relief, and all other relief this Court deems just and proper.

## COUNT III
## FEDERAL UNFAIR COMPETITION
## (15 U.S.C. § 1125(a))

51. Botanic Tonics re-alleges and incorporates by reference paragraphs 1 through 50 as

if fully set forth herein.

52. In connection with Bliss Bomb's kava and kratom tonic and capsule products, Bliss Bomb has used a reproductive, counterfeit, copy, or colorable imitation of Botanic Tonics's registered trademarks without Botanic Tonics's consent.

53. Bliss Bomb's use of a confusingly similar imitation of Botanic Tonics's FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS Marks has caused and is likely to cause confusion, deception, and mistake by creating the false and misleading impression that Bliss Bomb's products are manufactured or distribution by Botanic Tonics, or are affiliated, connected, or associated with Botanic Tonics, or have the sponsorship, endorsement, or approval of Botanic Tonics.

54. Bliss Bomb has made false representations, false descriptions, and false designation of, on, or in connection with its goods in violation of 15 U.S.C. § 1125(a). Bliss Bomb's activities have caused, and unless enjoyed by this Court, will continue to cause a likelihood of confusion and deception of members of the trade and public, and, additionally, injury to Botanic Tonics's goodwill and reputation as symbolized by Botanic Tonics's FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS Marks, for which Botanic Tonics has no adequate remedy at law.

55. Bliss Bomb's actions demonstrate intentional, willful, and malicious intent to unfairly compete with Botanic Tonics and trade on the goodwill associated with Botanic Tonics's FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS marks causing Botanic Tonics great and irreparable harm.

56. By virtue of Bliss Bomb's conduct, including the sale, production, formulation, distribution, manufacture, advertisement, or promotion of products bearing BLISS BOMB and PLANT BASED BOTANICAL TONIC has willfully violated Section 32 of the Lanham Act, 15

U.S.C. § 1125(a), and Botanic Tonics has suffered and will continue to suffer irreparable damage to its business, reputation, and goodwill and has lost sales and profits it would have made but for Bliss Bomb's willful unfair competition.

57. Bliss Bomb caused and is likely to continue causing substantial injury to the public and to Botanic Tonics, and Botanic Tonics is entitled to injunctive relief and to recover Bliss Bomb's profits, actual damages, enhanced profits and damages, costs, and reasonable attorneys' fees under 15 U.S.C. §§ 1114, 1116, and 1117.

## COUNT IV
## VIOLATION OF FLORIDA DECEPTIVE AND
## UNFAIR TRADE PRACTICES ACT ("FDUTPA")
### (Fla. Stat. § 501.201, *et seq.*)

58. Botanic Tonics re-alleges and incorporates by reference paragraphs 1 through 57 as if fully set forth herein.

59. Unfair methods of competition are unlawful. Fla .Stat. § 501.201, *et seq.*

60. In order to assert a claim for damages under FDUTPA, the plaintiff must establish: "(1) a deceptive act or unfair practice; (2) causation; and (3) actual damages." *Baptist Hosp., Inc. v. Baker*, 84 So.3d 1200, 1204 (Fla. 1st DCA 2012).

61. Under FDUTPA, a "deceptive act" is "one that is likely to mislead consumers and an unfair practice is one that offends established public policy and one that is immoral, unethical, oppressive, unscrupulous or substantially injurious to consumers." *See Hennegan Co. v. Arriola*, 855 F.Supp.2d 1354, 1360-61 (S.D. Fla. Mar. 30, 2012) (citing *Washington v. LaSalle Bank Nat'l Ass'n.*, 817 F.Supp.2d 1345, 1350 (S.D.Fla.2011)).

62. Bliss Bomb's actions demonstrate intentional, willful, and malicious intent to unfairly compete with Botanic Tonics and trade on the goodwill associated with Botanic Tonics's FEEL FREE and BOTANIC TONICS PLANT SOLUTIONS Marks causing Botanic Tonics great

and irreparable harm.

63. As a direct and proximate result and consequence of the foregoing, Botanica Tonics has suffered and will continue to suffer irreparable harm and loss, and sustained damages, including but not limited to, loss of opportunity of obtaining and/or retaining valuable business relationships, loss of profits and future profits, loss of reputation, and loss of good will.

64. Bliss Bomb's wrongful conduct, unless and until enjoined and restrained by order of this Court, will cause severe and irreparable injury to Botanic Tonics's reputation, goodwill, and business for which Botanic Tonics has no adequate remedy at law.

## **REQUEST FOR RELIEF**

WHEREFORE, Botanic Tonics respectfully requests that this Court enter judgement in its favor against Bliss Bomb as follows:

1. Bliss Bomb be held liable under each claim of relief set forth against it in this Complaint;

2. Bliss Bomb be compelled to pay Botanic Tonics monetary damages suffered as a result of Bliss Bomb's infringing acts and unfair competition, including harm to Botanic Tonics's reputation and actual damages suffered, as well as lost profits for lost sales resulting from those acts;

3. Botanic Tonics be awarded all damages caused by the acts forming the basis of this Complaint;

4. Bliss Bomb and all of its agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through or under the authority of Bliss Bomb, or in concert or participation with Bliss Bomb, and each of them, be enjoined from:

    a  Advertising, marketing, promoting, offering for sale, distributing, or selling Bliss Bomb tonics and capsules;

    b  Using any trademark, name, logo, design, or source designation of any kind on or in connection with Bliss Bomb's goods that is a copy, reproduction, colorable imitation, or simulation of, or confusingly similar to any Botanic Tonics's trademarks, trade dresses, names, or logos;

    c  Using any trademark, name, logo, design, or source designation of any kind on or in connection with Bliss Bomb's goods that is likely to cause confusion, mistake, deception, or public misunderstanding that such goods are produced or provided by Botanic Tonics, or are sponsored or authorized by Botanic Tonics, or are in any way connected or related to Botanic Tonics; and;

    d  Passing off or assisting in passing off or palming off Bliss Bomb's goods as those of Botanic Tonics, or otherwise continuing any and all acts of unfair competition as alleged in this Complaint;

  5.  Based on Bliss Bombs knowing and intentional use of a confusingly similar imitation of Botanic Tonics's aforementioned marks, the damages awarded be trebled and award of Bliss Bomb's profits be enhanced as provided for by 15 U.S.C. § 1117(a);

  6.  Bliss Bomb be required to pay Botanic Tonics's the costs of reasonable attorneys' fees incurred by Botanic Tonic in this action pursuant to 15 U.S.C. § 1117(a);

  7.  Based on Bliss Bomb's willful and deliberate infringement of Botanic Tonics's aforementioned marks, and to deter such conduct in the future, Botanic Tonics be awarded punitive damages;

  8.  Botanic Tonics be granted such other and further relief as the Court determined to be just and proper.

**JURY TRIAL DEMAND**

Botanic Tonics respectfully demands a jury trial on all claims and issues so triable.

Respectfully submitted,

*/s/ Leon N. Patricios*
Leon N. Patricios
Fla. Bar No. 0012777
lpatricios@zplaw.com
ZUMPANO PATRICIOS, P.A.
312 Minorca Ave.
Coral Gables, FL 33134

Kevin M. Bell
ARNALL GOLDEN GREGORY LLP
*(pro hac vice forthcoming)*
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4906
Fax: 202.677.4031
kevin.bell@agg.com

Matthew D. Zapadka
VA Bar # 88140
*(pro hac vice forthcoming)*
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4930
Fax: 202.677.4031
matthew.zapadka@AGG.com

Justin F. Ferraro
VA Bar # 92226
*(pro hac vice forthcoming)*
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4967
Fax: 202.677.4031

*Attorneys for Plaintiff Botanic Tonics, LLC*