# Exhibit A

# United States of America
## United States Patent and Trademark Office

# FEEL FREE

| | |
|---|---|
| **Reg. No. 6,396,112** | Botanic Tonics, LLC  (DELAWARE LIMITED LIABILITY COMPANY) <br> 740 Kingman Ave <br> Santa Monica, CALIFORNIA 90402 |
| **Registered Jun. 22, 2021** | |
| **Int. Cl.: 32** | CLASS 32: Non-alcoholic drinks, namely, energy shots |
| **Trademark** | FIRST USE 4-12-2020; IN COMMERCE 4-12-2020 |
| **Principal Register** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |
| | SER. NO. 90-235,719, FILED 10-05-2020 |





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office



**Reg. No. 6,424,169**
**Registered Jul. 20, 2021**
**Int. Cl.: 32**
**Trademark**
**Principal Register**



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

Botanic Tonics, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
740 Kingman Ave
Santa Monica, CALIFORNIA 90402

CLASS 32: Non-alcoholic drinks, namely, energy shots

FIRST USE 4-12-2020; IN COMMERCE 4-12-2020

The mark consists of the terms "BOTANIC TONICS" and "PLANT SOLUTIONS" stylistically surrounding the rudimentary drawing of a potted plant, all of which are centered underneath the rudimentary drawing of three individual leaves. The word "BOTANIC" is located above the potted plant, written in large font, arranged on a semi-circular upside-down-U plane, and surrounded by the outline of an upside-down U-shape. The word "TONICS" is located below the potted plant, written in large font, arranged on a semi-circular right-side-up U-plane, and surrounded by the outline of a right-side-up U-shape. The potted plant is located between the two U-shape outlines. A halo is located above the top of the plant, which in turn is located just below the arch of the upside-down U-shape outline containing the word "BOTANIC". The base of the potted plant is located just above the arch of the right-side-up U-shape outline containing the word "TONICS". The word "PLANT" is located to the left of the potted plant, written in small font on a horizontal plane and centered between the bottom left of the upside-down U-shape outline and the top left of the U-shape outline. The word "SOLUTIONS" is located to the right of the potted plant, written in small font on a horizontal plane and centered between the bottom right of the upside-down U-shape outline and the top right of the right-side-up U-shape outline. Three rudimentary, nearly identical leaves - a large leaf and two smaller leaves - are centered above the top of the arch of the upside-down U-shape outline. The base of each leaf is arranged parallel to the curvature of the upside-down U-shape. The large leaf is located directly above the center of the upside-down U-shape outline, extending upward in a northerly direction. The two smaller leaves are located on each side of the large leaf - one to the left extending upward in a northwesterly direction, and one to the right extending upward in



a northeasterly direction.

No claim is made to the exclusive right to use the following apart from the mark as shown: "BOTANIC TONICS" AND "PLANT SOLUTIONS"

SER. NO. 90-235,645, FILED 10-05-2020

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# FEEL FREE

**Reg. No. 7,018,376**
**Registered Apr. 04, 2023**
**Int. Cl.: 5**
**Trademark**
**Principal Register**

Botanic Tonics, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
740 Kingman Avenue
Santa Monica, CALIFORNIA 90402

CLASS 5: Beverages containing kava kava for use as a nutritional supplement; Dietary supplement beverage for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Dietary supplemental drinks; Dietary supplements; Dietary supplements also containing kava kava; Dietary supplements for human consumption; Dietary supplements for humans; Dietary supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Dietary and nutritional supplements; Dietary and nutritional supplements containing kava kava; Dietary and nutritional supplements for endurance sports; Dietary and nutritional supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Dietary food supplements; Herbal supplements; Herbal supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Liquid herbal supplements; Liquid nutritional supplement; Natural dietary supplements; Natural herbal supplements; Nutraceuticals for use as a dietary supplement; Nutritional supplements; Nutritional supplements consisting primarily of kava kava; Nutritional supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Nutritional supplements in the form of beverages or liquid shots

FIRST USE 4-12-2020; IN COMMERCE 4-12-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 6396112

SER. NO. 97-292,962, FILED 03-03-2022



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,018,378**
**Registered Apr. 04, 2023**
**Int. Cl.: 5**
**Trademark**
**Principal Register**

Botanic Tonics, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
740 Kingman Avenue
Santa Monica, CALIFORNIA 90402

CLASS 5: Beverages containing kava kava for use as a nutritional supplement; Dietary supplement beverage for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Dietary supplemental drinks; Dietary supplements; Dietary supplements also containing kava kava; Dietary supplements for human consumption; Dietary supplements for humans; Dietary supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Dietary and nutritional supplements; Dietary and nutritional supplements containing kava kava; Dietary and nutritional supplements for endurance sports; Dietary and nutritional supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Dietary food supplements; Herbal supplements; Herbal supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Liquid herbal supplements; Liquid nutritional supplement; Natural dietary supplements; Natural herbal supplements; Nutraceuticals for use as a dietary supplement; Nutritional supplements; Nutritional supplements consisting primarily of kava kava; Nutritional supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Nutritional supplements in the form of beverages or liquid shots

FIRST USE 4-12-2020; IN COMMERCE 4-12-2020

The mark consists of the terms "BOTANIC TONICS" and "PLANT SOLUTIONS" stylistically surrounding the rudimentary drawing of a potted plant, all of which are centered underneath the rudimentary drawing of three individual leaves. The word "BOTANIC" is located above the potted plant, written in large font, arranged on a semi-circular upside-down-U plane, and surrounded by the outline of an upside-down U-shape. The word "TONICS" is located below the potted plant, written in large font, arranged on a semi-circular right-side-up U-plane, and surrounded by the outline of a right-side-up U-shape. The potted plant is located between the two U-shape outlines. A



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office



halo is located above the top of the plant, which in turn is located just below the arch of the upside-down U-shape outline containing the word "BOTANIC". The base of the potted plant is located just above the arch of the right-side-up U-shape outline containing the word "TONICS". The word "PLANT" is located to the left of the potted plant, written in small font on a horizontal plane and centered between the bottom left of the upside-down U-shape outline and the top left of the U-shape outline. The word "SOLUTIONS" is located to the right of the potted plant, written in small font on a horizontal plane and centered between the bottom right of the upside-down U-shape outline and the top right of the right-side-up U-shape outline. Three rudimentary, nearly identical leaves - a large leaf and two smaller leaves - are centered above the top of the arch of the upside-down U-shape outline. The base of each leaf is arranged parallel to the curvature of the upside-down U-shape. The large leaf is located directly above the center of the upside-down U-shape outline, extending upward in a northerly direction. The two smaller leaves are located on each side of the large leaf - one to the left extending upward in a northwesterly direction, and one to the right extending upward in a northeasterly direction.

OWNER OF U.S. REG. NO. 6424169

No claim is made to the exclusive right to use the following apart from the mark as shown: "BOTANIC TONICS" AND "PLANT SOLUTIONS"

SER. NO. 97-292,964, FILED 03-03-2022

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.