# Exhibit B

**USE CODE 'LOYAL23' For 30% Off orders over $198! Ends 04/30 at midnight.**



HOME  SHOP  FAQ'S  WHOLESALE  BLOG  CONTACT





# KAVA BASED BLISS IN THE PALM OF

# YOUR HANDS!



**SHOP NOW**

ORDER BLISS BOMB TODAY!

## OUR PRODUCTS



**Watermelon Blueberry Bliss Bomb**

★★★★★

**$12.99**

SELECT OPTIONS



**Pineapple Bliss Bomb**

★★★★★

**$12.99**

SELECT OPTIONS



**Bliss Bomb Black Mango**

★★★★★

**$24.99**

SELECT OPTIONS



**Bliss Bomb Black Cherry Lime**

★★★★★

**$24.99**

SELECT OPTIONS




**Bliss Bomb Black Capsules**

☆☆☆☆☆

**$29.99**

SELECT OPTIONS

**Bliss Bomb Gold Capsules**

☆☆☆☆☆

**$24.99**

SELECT OPTIONS

PLANT BASED BOTANICAL TONIC.

# WHY THE BLISS BOMB?



**CALMING NON-ALCOHOLIC ALTERNATIVE FOR WHEN YOU NEED BLISS THE MOST**



**FOCUS AND CONCENTRATION WHEN YOU JUST NEED TO GET IT DONE**



**BLISS ENHANCEMENT FOR WHEN THE MOOD IS RIGHT**

**PLANT BASED BOTANICAL TONIC.**

# ABOUT THE BLISS BOMB



At Bliss Botanicals, we believe that true bliss starts from the inside out, with botanical tonics meticulously created with the end user in mind. All our Bliss Bombs are sourced from only the finest botanicals found in the world, and manufactured at our state-of-the-art GMP-certified facility. Choose between sweet and smooth Blueberry Watermelon or refreshing Pineapple – or better yet, try them both – and get a moment of bliss today!

**SHOP NOW**



All our Bliss Bombs are sourced from only the finest botanicals found in the world, and manufactured at our state-of-the-art GMP-certified facility.

## CUSTOMER RESOURCES

Shop

Contact

Returns Policy

Shipping Policy

Terms & Conditons

## CONTACT INFO

1-206-910-4978

1041 Crews Commerce Dr. – Unit 100

Orlando, FL 32837

United States

© 2023 The Bliss Bomb All Right Reserved

   

USE CODE 'LOYAL23' For 30% Off orders over $198! Ends 04/30 at midnight.



🔍    HOME    SHOP    FAQ'S    WHOLESALE    BLOG    CONTACT     0

**KRATOM & KAVA**

# Welcome to Bliss Botanicals

   Bliss Botanicals · October 24, 2022









# A Quest for *Bliss Bomb*

Searching for Bliss… it is such a fleeting feeling. With life turning every which way, uncertainty in the air, and no consistency anywhere – it is hard to find Bliss and Peace.

Relaxing nowadays seems to be nearly impossible. Like flying to Mars, lifting the earth with one hand, or even receiving the promotion you so desperately need –

this fleeting relaxation is no where to be found. It is in these moments, you should reach for Bliss Bomb.

# What is a Bliss Bomb?

Bliss Bomb is a premium tonic created out of fruit from the gods themselves. Utilizing ancient plant medicine from Fiji and Southeast Asia, we have created an opportunity to sit amongst the Olympians – or at least feel like you are.

As you sip our tonic, our kava root blend elevates you to a sheer bliss state, lifting your spirit and vitality to a level unlike any other. The other ancient plants we use provide focus, pain relief and energy. Combined together, our Bliss Bomb provides an effect that others can only hope to match. Our way to describe it? **Pure Bliss.**

Unwind. Relax. Hang out with Dionysus while you're at it…

One sip at a time.

SHARE:  

---



All our Bliss Bombs are sourced from only the finest botanicals found in the world, and

## CUSTOMER RESOURCES

Shop

Contact

Returns Policy

Shipping Policy

## CONTACT INFO

1-206-910-4978

1041 Crews Commerce Dr. – Unit 100

Orlando, FL 32837

United States

Case 8:23-cv-01134-SDM-SPF   Document 1-2   Filed 05/22/23   Page 13 of 13 PageID 46

manufactured at our state-of-the-art GMP-certified facility.

Terms & Conditons

© 2023 The Bliss Bomb All Right Reserved