# Exhibit C

**USE CODE 'LOYAL23' For 30% Off orders over $198! Ends 04/30 at midnight.**





HOME    SHOP    FAQ'S    WHOLESALE    BLOG    CONTACT                        0



# Bliss Bomb Black Mango

★★★★★      (2 customer reviews)

## $24.99

Bliss Bomb Black is a never before seen product in the market. With 5x the strength of our Bliss Bomb Classic's, we only recommend Bliss Bomb Black for **experienced customers**.

We designed this product with one goal in mind. For you to feel *limitless*. Each Bliss Bomb Black has over 300mg of Kava extract and over 150mg of Kratom extract. This combination creates a blissful euphoria as you traipse among the clouds, paired with fierce focus and energy. It truly is one of a kind.

Packed with a bright and refreshing Mango flavor and absolutely no earthy aftertaste, Bliss

Bomb Black blends sweet, tart, and powerful all in one bottle. Each one of our proprietary plant-based botanical tonics contains kava and other ancient plants, designed to get you in a state of sheer bliss. Watch anxiety and stress melt away, with a nice kick of energy and focus – one sip at a time. Join the big leagues, and choose: Bliss Bomb Black.

Available Flavors: **Cherry Lime** and **Mango**

Active Ingredients:

- Kava Extract: >300mg per bottle
- Kratom Extract >150mg per bottle

**PACK: SINGLE**

| SINGLE | 12 PACK |

**CLEAR**

− 1 + ADD TO CART

SKU: BBBKSHTMNG-2OZ     CATEGORY: SHOT

---

## REVIEWS (2)

 

**Zoe M**

Way stronger than OPMS Black. Kava and Mitra for the win man these are insane

 

**Bob M**

Great product.. Ordered the regular again plus the new version. I had a question about my order and was quickly contacted by them.

## Add a review

Your email address will not be published. Required fields are marked *

**YOUR RATING ***

★ | ★★ | ★★★ | ★★★★ | ★★★★★

**YOUR REVIEW ***

[                                        ]

**NAME ***

[                                        ]

**EMAIL ***

[                                        ]

○ SAVE MY NAME, EMAIL, AND WEBSITE IN THIS BROWSER FOR THE NEXT TIME I COMMENT.

**SUBMIT**

PLANT BASED BOTANICAL TONIC.

# WHY THE BLISS BOMB?



**CALMING NON-ALCOHOLIC ALTERNATIVE FOR WHEN YOU NEED BLISS THE MOST**



**FOCUS AND CONCENTRATION WHEN YOU JUST NEED TO GET IT DONE**



**BLISS ENHANCEMENT FOR WHEN THE MOOD IS RIGHT**

MORE PRODUCTS

# RELATED PRODUCTS





### Bliss Bomb Black Cherry Lime

★★★★★

$24.99

**SELECT OPTIONS**

### Watermelon Blueberry Bliss Bomb

★★★★★

$12.99

**SELECT OPTIONS**

### Pineapple Bliss Bomb

★★★★★

$12.99

**SELECT OPTIONS**



All our Bliss Bombs are sourced from only the finest botanicals found in the world, and manufactured at our state-of-the-art GMP-certified facility.

## CUSTOMER RESOURCES

Shop

Contact

Returns Policy

Shipping Policy

Terms & Conditons

## CONTACT INFO

1-206-910-4978

1041 Crews Commerce Dr. – Unit 100

Orlando, FL 32837

United States

© 2023 The Bliss Bomb All Right Reserved

