# Exhibit D

USE CODE 'LOYAL23' For 30% Off orders over $198! Ends 04/30 at midnight.



HOME    SHOP    FAQ'S    WHOLESALE    BLOG    CONTACT

 0

# WHOLESALE

## Want to sell Bliss Bombs in your store? Contact us below!

YOUR NAME

YOUR EMAIL

YOUR PHONE NUMBER

SUBJECT

**YOUR MESSAGE (OPTIONAL)**

SUBMIT



All our Bliss Bombs are sourced from only the finest botanicals found in the world, and manufactured at our state-of-the-art GMP-certified facility.

## CUSTOMER RESOURCES

Shop

Contact

Returns Policy

Shipping Policy

Terms & Conditons

## CONTACT INFO

1-206-910-4978

1041 Crews Commerce Dr. – Unit 100

Orlando, FL 32837

United States

© 2023 The Bliss Bomb All Right Reserved

