UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BOTANIC TONICS, LLC,

    Plaintiff,

                                          CASE NO. 8:23-cv-01134-SDM-SPF

vs.

WESTMAN PRODUCTS, LLC,

    Defendant.

_____/

**NOTICE OF APPEARANCE AND**
**DESIGNATION OF E-MAIL ADDRESSES**

The undersigned counsel files this Notice of Appearance on behalf of Defendant, Westman Products, LLC, and requests that all future pleadings and papers in this proceeding be directed to the undersigned at the address below. Request is hereby made that the Court provide Notices of Electronic Filings to the undersigned counsel at: mmendez@malloylaw.com.

Dated: September 8, 2023

                                                  Respectfully submitted,

                                                  /s/ Meredith Frank Mendez
                                                  John Cyril Malloy, III
                                                  Florida Bar No. 964,220
                                                  jcmalloy@malloylaw.com
                                                  Meredith Frank Mendez
                                                  Florida Bar No. 502,235
                                                  mmendez@malloylaw.com
                                                  Cleo Isabel Suero
                                                  Florida Bar No. 1024675
                                                  csuero@malloylaw.com
                                                  **MALLOY & MALLOY, P.L.**
                                                  6751 N. Federal Highway, Suite 300
                                                  Boca Raton, Florida 33487
                                                  (561) 243 1000
                                                  *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed through the Florida Courts E-Filing Portal on September 8, 2023, and, through Florida Courts E-Filing Portal, was automatically served on the parties as follows: Leon N. Patricios, Esq., Zumpano Patricios, P.A., 312 Minorca Ave., Coral Gables, FL 33134, lpatricios@zplaw.com; Kevin M. Bell, Esq., Matthew D. Zapadka, Esq. and Justin F. Ferraro, Esq., Arnall Golden Gregory LLP, 2100 Pennsylvania Ave. NW, Suite 350S, Washington, DC 20037, kevin.bell@agg.com, matthew.zapadka@agg.com, and justin.ferraro@agg.com, Attorneys for Plaintiff.

                                              /s/ Meredith Frank Mendez
                                              Meredith Frank Mendez