**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BOTANIC TONICS, LLC,

   Plaintiff,

v.               CASE NO. 8:23-cv-01134-SDM-SPF

WESTMAN PRODUCTS, LLC,

   Defendant.

_____/

## **MEDIATION REPORT**

In accordance with Local Rule 4, the mediator reports that the parties mediated on November 16, 2023, and the following occurred:

 ☑ All parties were present and had authority to settle the case.

The outcome of the mediation conference was:

 ☑ The case has reached an impasse..

Dated:  November 17, 2023

            By: /s/ James M. Matulis
            Jim@MatulisMediation.com
            MATULIS MEDIATION | ARBITRATION
            Florida Bar No. 0077429
            Chase Professional Park
            10906 Sheldon Road
            Tampa, FL 33626
            813. 451.7347

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 17, 2023, I electronically transmitted the attached document with the United States District Court electronic case filing system, which will electronically send copies to all counsel of record.

                  */s/ James Matulis*

                  James Matulis, Esq.