UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BOTANIC TONICS, LLC,

    Plaintiff,

v.                                CASE NO. 8:23-cv-1134-SDM-SPF

WESTMAN PRODUCTS, LLC,

    Defendant.
_____/

**ORDER**

Because the plaintiff's papers fail to use a permitted font type and format required in Local Rule 1.08, the plaintiff is **ADMONISHED** for failure to comply with the Local Rules. The plaintiff's motion to amend the amended complaint (Doc. 32) is **GRANTED**. The defendant's motion to dismiss (Doc. 29) is **DENIED AS MOOT**. No later than **DECEMBER 20, 2023**, the plaintiff may file an amended complaint.

ORDERED in Tampa, Florida, on December 1, 2023.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE