## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BOTANIC TONICS, LLC,

      Plaintiff,

                                CASE NO. 8:23-cv-01134-SDM-SPF

vs.

WESTMAN PRODUCTS, LLC,

      Defendant.

_____/

## DEFENDANT'S *UNOPPOSED* MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant, Westman Products, LLC ("Defendant"), hereby files its *Unopposed* Motion for a 14-day Extension of Time (through and including January 5, 2024) to respond to Plaintiff, Botanic Tonics, LLC's ("Plaintiff") Second Amended Complaint [D.E. 37] (the "Unopposed Motion"). In support, Defendant states as follows:

### Concise Statement of Relief Requested

For the following reasons, Defendant is respectfully requesting an extension of time to respond to the Plaintiff's Second Amended Complaint ("SAC"). *First*, the undersigned counsel for Defendant is diligently preparing for a multi-day and in-person evidentiary hearing in another pending matter proceeding in the Southern District of Florida. This hearing is set during the week of December 18, 2023, which is the same week that Defendant's response to the SAC is currently due. For at least that reason, the instant motion should be granted.

*Second*, the Court originally allowed Plaintiff until December 20, 2023 to file its SAC, which would have made Defendant's response due on <u>January 3</u>, 2024. Through the instant Unopposed Motion, Defendant is respectfully requesting an extension of time through <u>January 5</u>, 2024 to respond to the SAC. Thus, Defendant believes that this extension of time is overtly reasonable.

*Third*, the requested relief sought herein is <u>*unopposed*</u> by Plaintiff, and therefore no party will be prejudiced if the Court grants such relief.

## Memorandum of Law

1. Based upon the three (3) reasons outlined above, Defendant is requesting a brief fourteen (14) day extension of time (through and including January 5, 2024) to respond to Plaintiff's SAC.

2. Defendant submits that its Unopposed Motion should be granted pursuant to Fed. R. Civ. P. 6(b)(1)(A).

3. This rule provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." *Smith v. Conner*, 2013 U.S. Dist. LEXIS 7248, at *2 (M.D. Fla. Jan. 17, 2013) (granting an extension of time for defendants to respond to the amended complaint based on, *inter alia*, "counsel's other pending deadlines"); *see also Cambridge Educ. Ctr., Inc. v. Kim*, 2011 U.S. Dist. LEXIS 163168, at *4 (N.D. Ga. Nov. 10, 2011) (granting motion for extension of time "in light of the Court's policy favoring

determination of cases on their merits"); *Jozwiak v. Stryker Corp.*, 2010 U.S. Dist. LEXIS 17221 *8 (M.D. Fla. 2010) ("Because Plaintiff's Motion to Extend was filed within the deadline for filing a response, the Court may grant an extension of time upon a showing of good cause.").

WHEREFORE, Defendant respectfully requests that this Court enter an order: **(i)** granting this Unopposed Motion; **(ii)** providing Defendant with an extension of time, through and including January 5, 2024, to respond to Plaintiff's SAC; and **(iii)** granting such other relief that the Court deems just and proper.

<u>**CERTIFICATE OF GOOD FAITH CONFERENCE**</u>

Pursuant to Local Rule 3.01, counsel for the movant has conferred with counsel for Plaintiff, who advised that Plaintiff does not oppose the relief sought herein.

Dated: December 12, 2023

/s/ Jonathan Woodard
John Cyril Malloy, III
Florida Bar No. 964,220
jcmalloy@malloylaw.com
Meredith Frank Mendez
Florida Bar No. 502,235
mmendez@malloylaw.com
Jonathan Woodard
Florida Bar No. 096,553
jwoodard@malloylaw.com
Cleo Isabel Suero
Florida Bar No. 1,024,675
csuero@malloylaw.com
**MALLOY & MALLOY, P.L.**
6751 N. Federal Highway
Suite 300
Boca Raton, Florida 33487
(561) 243 1000
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served on the following by email on December 12, 2023: Leon N. Patricios, Esq., Zumpano Patricios, P.A., 312 Minorca Ave., Coral Gables, FL 33134, lpatricios@zplaw.com; Kevin M. Bell, Esq., Matthew D. Zapadka, Esq. and Justin F. Ferraro, Esq., Arnall Golden Gregory LLP, 2100 Pennsylvania Ave. NW, Suite 350S, Washington, DC 20037, kevin.bell@agg.com, matthew.zapadka@agg.com, and justin.ferraro@agg.com, Attorneys for Plaintiff.

/s/ Jonathan Woodard