IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BOTANIC TONICS, LLC,

    *Plaintiff*,

v.

WESTMAN PRODUCTS, LLC,

    *Defendant.*

Case No.: 8:23-cv-01134-SDM-SPF

**UNOPPOSED MOTION TO AMEND THE CASE MANAGEMENT REPORT AND SCHEDULING ORDER AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Botanic Tonics, LLC, ("Plaintiff"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and 16(b)(4), respectfully moves the Court for entry of an Order Amending the Case Management and Scheduling Order (ECF 42 and 43) to extend all remaining deadlines by 30 days and reschedule the trial term, and as grounds state:

**I.   STATEMENT OF RELIEF REQUESTED**

Plaintiff requests that the Court's Case Management and Scheduling Order be modified to continue all dates 30-days to allow parties to more fully discover the case prior to filing expert reports and the completion of discovery. This motion is unopposed by Defendant Westman Products, LLC ("Defendant").

1

Parties filed the stipulated Case Management Report in this action on August 18, 2023. Subsequently, Defendant moved to dismiss Plaintiff's First Amended Complaint on September 19, 2023, (ECF 29), and Plaintiff opposed. (ECF 31.) Plaintiff sought, and was granted, leave to file a Second Amended Complaint, which Plaintiff filed on December 8, 2023. (ECF 37.) After an unopposed extension of time to respond, Defendant moved for a partial motion to dismiss of Plaintiff's Second Amended Complaint on January 5, 2024, (ECF 40), which Plaintiff has opposed. (ECF 41.) On February 1, 2024, the parties filed a Joint Motion to Amend the Case Management Report and Scheduling Order (ECF 41), which the Court granted. (ECF 43.) Several weeks after granting the Joint Motion to Amend the Case Management Report and Scheduling Order, the Court denied Defendant's motion dismiss and ordered Defendant to file its answer to Plaintiff's Complaint no later than March 15, 2024. (ECF 45.). Defendant filed its Answer yesterday at 4:36 PM. (ECF 46).

The parties have exchanged written discovery requests in the form of requests for interrogatories and requests for production of documents; however, Plaintiff's responses and objections are not due until March 18, 2024 and while Defendant served its responses and objections to Plaintiff's first set of requests on February 20, 2024, Defendant produced its first set of responsive documents on March 5, 2024, which production is expected to continue to be produced on a rolling basis. Document discovery is in the very early stages and no depositions

2

have been noticed or taken up to this point. Thus, while the parties are diligently pursuing discovery and developing each of their respective cases, given the posture of the case to-date, Plaintiff believes good cause exists to modify the Court's Case Management and Scheduling Order to allow for a 30-day extension to all remaining deadlines, as identified below:

| Description: | Original Deadline, ECF 22 | Proposed Deadline: |
|---|---|---|
| Deadline for serving expert disclosures under Rule 26(a)(2), including any report required by Rule 26(a)(2)(B). | **Plaintiff**: 3/18/2024<br>**Defendant**: 4/1/2024<br>**Rebuttal**: 4/15/2024 | **Plaintiff**: 4/17/2024<br>**Defendant**: 5/1/2024<br>**Rebuttal**: 5/15/2024 |
| Deadline for completing discovery and filing any motion to compel discovery. See Fed. R. Civ. P. 37; Middle District Discovery (2021). | 5/16/2024 | 6/15/2024 |
| Deadline for filing any dispositive and Daubert motion. See Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | 6/15/2024 | 7/15/2024 |
| Deadline for participating in mediation. See Local Rules, ch. 4. | 12/15/2023 | No change. Mediation completed. |
| Date of the final pretrial meeting. See Local Rule 3.06(a). | 9/20/2024 | 10/20/2024 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict | 10/4/2024 | 11/3/2024 |

3

| | | |
|---|---|---|
| form. See Local Rule 3.06(b). | | |
| Date of the final pretrial conference. See Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 11/12/2024 | 12/12/2024 |
| Month and year of the trial term. | 11/15/2024 | March or TBD by Court |

## II. MEMORANDUM OF LAW

Pursuant to Rule 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). And, under Rule 16(b)(4), "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).

The parties have diligently litigated this case, which has included several rounds of motions practice, participation in a multi-hour mediation, (ECF 34), and the parties have already exchanged written discovery requests and have responded or are in the process of responding to the same. Neither party is seeking to delay or obfuscate, and neither party will be prejudiced by the scheduling modifications proposed in this motion. Plaintiff wishes to complete discovery in a timely and efficient manner, and this request will aid both parties in that endeavor. And due to the fact that Defendant just filed its Answer to the Plaintiff's Second Amended Complaint yesterday evening, written discovery has just begun, and the

4

nascency of discovery in this case, Plaintiff believes good cause has been shown to extend all the dates, including the trial term, as set forth in the table above.

## III. CONCLUSION

WHEREFORE, Plaintiff moves this Court for an Order Amending the Case Management and Scheduling Order as proposed in Section I of this Motion, and for any other relief this Court deems just under the circumstances.

Respectfully submitted this 14th day of March, 2024.

**ARNALL GOLDEN GREGORY LLP**

By: */s/ Matthew D. Zapadka*
Matthew D. Zapadka (Lead Counsel)
Admitted *pro hac vice*
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Ave., NW Ste 350S
Washington, DC 20037
Telephone: 202.677.4930
Fax: 202.677.4031
matthew.zapadka@AGG.com
Kevin M. Bell
Admitted *pro hac vice*
kevin.bell@agg.com
Justin F. Ferraro
Admitted *pro hac vice*
justin.ferraro@agg.com
April Michelle Meeks
Florida Bar No. 1034169
april.meeks@agg.com


Leon N. Patricios
ZUMPANO PATRICIOS, P.A.
312 Minorca Avenue
Coral Gables, Florida 33134

5

Telephone: 305-444-5564
lpatricios@zplaw.com

*Attorneys for Plaintiff Botanic Tonics, LLC*

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that counsel for Botanic Tonics, LLC conferred with counsel for Westman Products, LLC via email, and both parties mutually agreed to the proposed dates and the relief sought included herein.

## LOCAL RULE 3.08(b) CERTIFICATION

Pursuant to Local Rule 3.08(b), the undersigned certifies that all parties consent to the continuance of the trial period.

Dated: March 14, 2024     By:  /s/ *Matthew D. Zapadka*

                                              Matthew D. Zapadka

                                              Admitted *pro hac vice*
                                              ARNALL GOLDEN GREGORY LLP
                                              2100 Pennsylvania Ave., NW
                                              Ste 350S
                                              Washington, DC 20037
                                              Telephone: 202.677.4930
                                              Fax: 202.677.4031
                                              matthew.zapadka@AGG.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2024, I filed the foregoing motion using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

Dated: March 14, 2024                    By:  */s/ Matthew D. Zapadka*

                                              Matthew D. Zapadka