IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BOTANIC TONICS, LLC,

    *Plaintiff*,

v.

WESTMAN PRODUCTS, LLC,

    *Defendant*.

Case No.: 8:23-cv-01134-SDM-SPF

**UNOPPOSED MOTION TO AMEND THE CASE MANAGEMENT REPORT AND SCHEDULING ORDER AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Botanic Tonics, LLC, ("Plaintiff"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and 16(b)(4), respectfully moves the Court for entry of an Order Amending the Case Management and Scheduling Order (ECF 47 and 48) to extend deadlines concerning expert disclosures and reports by two weeks, and as grounds state:

    **I.   STATEMENT OF RELIEF REQUESTED**

Plaintiff requests that the Court's Case Management and Scheduling Order be modified to continue Plaintiff's deadline for expert disclosures under Rule 26(a)(2) and any report required under Rule 26(a)(2)(B), Defendant's deadline for the same, and Plaintiff's corresponding rebuttal deadline by two weeks each to allow parties to more fully discover the case prior to filing expert reports and the

1

completion of discovery. This motion is unopposed by Defendant Westman Products, LLC ("Defendant").

Parties filed the stipulated Case Management Report in this action on August 18, 2023. Subsequently, Defendant moved to dismiss Plaintiff's First Amended Complaint on September 19, 2023, (ECF 29), and Plaintiff opposed. (ECF 31.) Plaintiff sought, and was granted, leave to file a Second Amended Complaint, which Plaintiff filed on December 8, 2023. (ECF 37.) After an unopposed extension of time to respond, Defendant moved for a partial motion to dismiss of Plaintiff's Second Amended Complaint on January 5, 2024, (ECF 40), which Plaintiff has opposed. (ECF 41.) On February 1, 2024, the parties filed a Joint Motion to Amend the Case Management Report and Scheduling Order (ECF 41), which the Court granted. (ECF 43.) Several weeks after granting the Joint Motion to Amend the Case Management Report and Scheduling Order, the Court denied Defendant's motion dismiss and ordered Defendant to file its answer to Plaintiff's Complaint no later than March 15, 2024. (ECF 45.). Defendant filed its Answer on March 13, 2024. (ECF 46).  On March 14, 2024, Plaintiff filed an unopposed motion to extend all remaining deadlines by 30 days (ECF 47), which the Court granted in part. (ECF 48) (granting motion as to all proposed dates except the dates proposed for final pretrial conference and the trial term).

The parties have exchanged written discovery requests in the form of requests for interrogatories and requests for production of documents; however, document discovery is in the very early stages and no depositions have been noticed or taken up to this point. Additionally, the Parties are also engaged in settlement discussions, which would benefit from the two-week extension of the dates reflected below. Thus, given the posture of the case to-date and the fact that the parties are engaged in settlement discussions, Plaintiff believes good cause exists to modify the Court's Case Management and Scheduling Order to allow for a two-week extension for the deadlines identified below:

| Description: | Deadline From ECF 47 (Endorsed by ECF 48) | Proposed Deadline: |
| --- | --- | --- |
| Deadline for serving expert disclosures under Rule 26(a)(2), including any report required by Rule 26(a)(2)(B). | **Plaintiff**: 4/17/2024<br>**Defendant**: 5/1/2024<br>**Rebuttal**: 5/15/2024 | **Plaintiff**: 5/1/2024<br>**Defendant**: 5/15/2024<br>**Rebuttal**: 5/29/2024 |

II.  **MEMORANDUM OF LAW**

Pursuant to Rule 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). And, under Rule 16(b)(4), "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).

The parties have diligently litigated this case, which has included several rounds of motions practice, participation in a multi-hour mediation, (ECF 34), and the parties have already exchanged written discovery requests and have responded or are in the process of responding to the same. Neither party is seeking to delay or obfuscate, and neither party will be prejudiced by the scheduling modifications proposed in this motion. Plaintiff wishes to complete discovery in a timely and efficient manner, and this request will aid both parties in that endeavor. Additionally, the Parties are currently engaged in settlement discussions, which would benefit from the two-week extension. Thus, due to the fact that discovery is still in its early stages and no depositions have yet been noticed or taken, and that the Parties are engaged in settlement talks, Plaintiff believes good cause has been shown to extend the aforementioned dates by two weeks.

### III.   CONCLUSION

WHEREFORE, Plaintiff moves this Court for an Order Amending the Case Management and Scheduling Order as proposed in Section I of this Motion, and for any other relief this Court deems just under the circumstances.

Respectfully submitted this 17th day of April, 2024.

**ARNALL GOLDEN GREGORY LLP**

By:  */s/ Matthew D. Zapadka*
Matthew D. Zapadka (Lead Counsel)
Admitted *pro hac vice*
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Ave., NW Ste 350S
Washington, DC 20037
Telephone: 202.677.4930
Fax: 202.677.4031
matthew.zapadka@AGG.com
Kevin M. Bell
Admitted *pro hac vice*
kevin.bell@agg.com
Justin F. Ferraro
Admitted *pro hac vice*
justin.ferraro@agg.com
April Michelle Meeks
Florida Bar No. 1034169
april.meeks@agg.com


Leon N. Patricios
ZUMPANO PATRICIOS, P.A.
312 Minorca Avenue
Coral Gables, Florida 33134
Telephone: 305-444-5564
lpatricios@zplaw.com

*Attorneys for Plaintiff Botanic Tonics, LLC*

4882-6848-1463.v1

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that counsel for Botanic Tonics, LLC conferred with counsel for Westman Products, LLC via email, and both parties mutually agreed to the proposed dates and the relief sought included herein.

Dated: April 17, 2024    By: /s/ *Matthew D. Zapadka*
   Matthew D. Zapadka

   Admitted *pro hac vice*
   ARNALL GOLDEN GREGORY LLP
   2100 Pennsylvania Ave., NW
   Ste 350S
   Washington, DC 20037
   Telephone: 202.677.4930
   Fax: 202.677.4031
   matthew.zapadka@AGG.com

4882-6848-1463.v1

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2024, I filed the foregoing motion using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

Dated: April 17, 2024                              By:   */s/ Matthew D. Zapadka*

                                                                    Matthew D. Zapadka